

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KARETZ LEON JAMES, JR.,

Defendant.

CASE NO. CR24-015 LK

DETENTION ORDER

Offense charged: Unlawful Possession of a Firearm (3 counts); Possession of Fentanyl with Intent to Distribute (2 counts); Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Carrying a Firearm During and in Relation to a Drug Trafficking Crime; Forfeiture Allegations.

Date of Detention Hearing: April 4, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant comes before this Court on a Writ of Habeas Corpus ad Prosequendum. He was not interviewed by Pretrial Services, so some of his background and personal information is either unknown or unverified. Defendant has a lengthy criminal record, including assault with substantial bodily harm, burglary, robbery, firearms charges and is alleged to have been previously noncompliant, aggressive and assaultive toward law enforcement. Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on lack of verified background information. Defendant poses a risk of danger based on the nature of the alleged offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of April, 2025.

Mary Alice Theiler
United States Magistrate Judge